AETNA FIRE UNDERWRITERS INSURANCE COMPANY & others[1] *vs.* BANK OF NEW ENGLAND-WEST, N.A., & another.[2] December 7, 1988. *Jurisdiction*, National banking association. *Bank. Injunction. Practice, Civil*, Interlocutory appeal, Appeal, Judicial discretion.

The defendant, Bank of New England-West, N.A. (BNE), appeals from an order of a Superior Court judge allowing the plaintiffs' request for injunctive relief. BNE maintains that the judge abused her discretion in granting a preliminary injunction.

This case arises from Tri-Town's failure to remit insurance premiums generated by the solicitation of insurance policies for the plaintiffs, allegedly due to BNE's misapplication of funds in Tri-Town's BNE account. The facts are described more fully in *General Accident Ins. Co. of Am.* v. *Bank of New England-West, N.A.*, *ante* 473 (1988), a case decided today.

For the same reasons discussed in *General Accident Ins. Co.*, *supra* at 474-476, we affirm the issuance of the preliminary injunction.

*Order granting preliminary*
*injunction affirmed.*

*Alan S. Dambrov* for Bank of New England-West, N.A.
*John Stewart* (*Edward V. Leja* with him) for the plaintiffs.